UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
EUGENE DUNCAN,  **MOTION FOR DEFAULT JUDGMENT**

                    Plaintiff,

   -against-  *Civil Action No.:*
                                 1:21-cv-3692-FB-RLM

AICON ART LLC,

                    Defendants.
---------------------------------------X

    Plaintiff Eugene Duncan hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Aicon Art LLC on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
        May 30, 2022

                                      THE MARKS LAW FIRM

                                      By:_____
                                      Bradly G. Marks
                                      155 E 55th Street, Suite 6A
                                      New York, NY 10022
                                      T:(646) 770-3775
                                      brad@markslawpc.com

To: Aicon Art LLC
    35 Great Jones Street
    New York, New York 10012